16-20222-3

Dear Judge Tarnow

   My name is Ronald Segars I'm an inmate at FCI Morgantown, WV. This letter serves as a request for a Compassionate Release in accordance with the program statement, compassionate release/reduction in sentence. This petition is specifically made regarding the corona Virus and my medical conditions which places me in a high risk category for death, according to the CDC. Which includes, Hypertension, and I suffered a stroke before entering the Federal System. Additionally it has been documented that the death toll in African American men which I am, is significantly higher than other nationalities. My race alone with my medical conditions qualify me for the compassionate release under the CDC guidelines. As you are aware, it is impossible to practice the number one prevention of this virus of Social Distancing while being incarcerated. In Federal Custody, I have maintained a clean disciplinary record. I have also engaged in various educational programs including Ace Interview and Resume Prep, Parenting Reentry Preparation, Diabetic Wellness, Ace Bussiness Management and Ace Personal Finance. I am considered Minimal Security.

   If this Compassionate Release petition is granted, I will reside with my Fiancée Tanisha Stovall, Who will be able to support me financially and will make provisions for my required medical care until this pandemic is over. During this time I will remain at home, where I will be capable of practicing social distancing. I thank you in advance for your consideration. I humbly pray that you will grant this petition so that I can go home and have a better chance at survival considering my much higher risk of death due to this virus. I'm praying for just not my release but the release of all whom my be affected by this.


Respectfully Submitted,
    Ronald Segars