# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                    CASE NO. 16-cr-20222

v.                                  HON. ARTHUR J. TARNOW

RONALD SEGARS,

      Defendant.

## MOTION TO SEAL EXHIBITS

The United States of America, by its undersigned attorneys, respectfully request that it exhibit containing medical records to its forthcoming response and reply to the Court's Order directing responses to a request for compassionate release, be sealed until further order of the Court because it contains sensitive information.

The government has conferred with counsel for the Defendant, and counsel has no objection to this request.

                                              Respectfully submitted,

                                              MATTHEW SCHNEIDER
                                              United States Attorney

                                              */s A. Brant Cook*
                                              A. Brant Cook
                                              Assistant United States Attorney
                                              211 W. Fort Street, Suite 2001
                                              Detroit, Michigan 48226
                                              313.226.9756
                                              brant.cook@usdoj.gov

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                            CASE NO. 16-cr-20222
                                                HON. ARTHUR J. TARNOW

v.

RONALD SEGARS,

      Defendant.

_____/

## ORDER TO SEAL FILED DOCUMENTS

Upon the government's request,

IT IS HEREBY ORDERED that any exhibits containing medical records to the government's forthcoming response and reply to the Court's Order to respond regarding compassionate release be filed under seal.

IT IS SO ORDERED.

                                                  s/Arthur J. Tarnow
                                                HON. ARTHUR J. TARNOW
                                                UNITED STATES DISTRICT JUDGE

Dated: May 29, 2020