UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

## INDEX OF EXHIBITS

| EXHIBIT: | DESCRIPTION: |
|---|---|
| 1 | Inmate Request to Staff |
| 2 | Staff Response to Inmate Request |