| 2PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 2282413 | **DATE** 12/14/2020 |
|---|---|---|---|---|
| **NAME** SEGARS, Ronald Laban | **OFFICER** Seth M. Martin | **JUDGE** Arthur J. Tarnow | | **DOCKET #** 16-CR-20222-03 |

| **ORIGINAL SENTENCE DATE** 12/21/2017 **COMMENCED** 06/15/2020 **EXPIRATION** 06/14/2024 | **SUPERVISION TYPE** Supervised Release | **CRIMINAL HISTORY CATEGORY** II | **TOTAL OFFENSE LEVEL** 29 | **PHOTO**  |
|---|---|---|---|---|
| **ASST. U.S. ATTORNEY** Julie A. Beck | | **DEFENSE ATTORNEY** To be Determined | | |

**REPORT PURPOSE**

**TO ISSUE A WARRANT TO BE LODGED AS A DETAINER**

**ORIGINAL OFFENSE**

Count 1: 21 U.S.C. § § 841(b)(1)(B) and 841(a)(1), Conspiracy to Distribute and to Possess With Intent to Distribute Heroin

Count 6: 18 U.S.C. §§ 3571(b)(3) and 922(g)(1), Felon in Possession of a Firearm

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 60 months, to be followed by a four-year term of supervised release on Count 1 and a two-year term of supervised release on Count 6, to run concurrently.

Order Granting Petitioner's Motion for Compassionate Release: June 15, 2020, Reduction of Sentence for Compassionate Release. Custody term reduced to time served, to be followed by a four-year term of supervised release.  All other conditions of the original judgment remain in full force and effect.

**ORIGINAL SPECIAL CONDITIONS**

1. If necessary, the defendant shall participate in a program approved by the probation department for mental health counseling-grief counseling.
2. If necessary, the defendant shall participate in a program approved by the probation department for substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol.

    Criminal Monetary Penalty:  Special Assessment $200.00. (balance $200.00)

| 2PROB 12C (Rev. 08/18) | VIOLATION REPORT PART 1: PETITION FOR WARRANT | U. S. Probation Office Eastern District of Michigan | PACTS 2282413 | DATE 12/14/2020 |
|---|---|---|---|---|
| NAME SEGARS, Ronald Laban | OFFICER Seth M. Martin | JUDGE Arthur J. Tarnow | | DOCKET # 16-CR-20222-03 |

The probation officer believes that the offender has violated the following conditions of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition :** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME."<br><br>On December 14, 2020, the offender was arrested by officers of the Detroit (Michigan) Police Department (DPD) for Aggravated/Felonious Assault.  According to the report, at approximately 2:30 a.m. SEGARS and his fiancée (VICTIM 1) were arguing on the first floor of their residence located at 16875 Normandy Street, Detroit, Michigan 48221.  VICTIM 1's mother, VICTIM 2, was on the second floor of the residence at the time of the incident.  VICTIM 2 stated that she was on her way downstairs when she saw SEGARS pulling on the hair of VICTIM 1.  VICTIM 2 yelled for SEGARS to stop and that she was calling the police.  SEGARS then produced a handgun and fired four to five shots at VICTIM 1 and then two to three shots at VICTIM 2, who was on the stairs.  VICTIM 2 stated that SEGARS did not leave the location right away and walked around the house for 10-15 minutes after shooting VICTIM 1 and VICTIM 2.  VICTIM 2 stated that she told SEGARS to leave before the police arrived.  SEGARS then walked outside and fired two to three more shots before leaving the area.<br><br>VICTIM 1 suffered four gunshot wounds and is in critical condition at this time.<br><br>VICTIM 2 suffered two gunshot wounds and is in a more stable condition.<br><br>A short time later DPD officers were dispatched to the Citgo gas station located at 10003 Schoolcraft Road in Detroit to arrest SEGARS in connection with the shooting of VICTIM 1 and VICTIM 2.  Upon arrival, officers made contact with SEGARS' son, who stated that the offender was inside the gas station and wanted to turn himself in.  DPD officers placed the offender under arrest without incident.  SEGARS is currently in custody and the Wayne County Prosecutors Office is pursuing multiple felony charges against the offender including those that carry life sentences. |
| 2 | **Violation of Standard Condition No. 10:**  "YOU MUST NOT OWN, POSSESS OR HAVE ACCESS TO A FIREARM, AMMUNITION, DESTRUCTIVE DEVICE, OR DANGEROUS WEAPON (I.E., ANYTHING THAT WAS DESIGNED, OR WAS MODIFIED FOR, THE SPECIFIC PURPOSE OF CAUSING BODILY INJURY OR DEATH TO ANOTHER PERSON SUCH AS NUNCHAKUS OR TASERS)."<br><br>On December 14, 2020, SEGARS possessed a handgun and shot his fiancée four times and her mother twice. |

| 2PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 2282413 | DATE 12/14/2020 |
|---|---|---|---|---|
| **NAME** SEGARS, Ronald Laban | **OFFICER** Seth M. Martin | **JUDGE** Arthur J. Tarnow | | **DOCKET #** 16-CR-20222-03 |

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** s/Seth M. Martin/mt/ljc 313 234-5456 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Marc W. Calandra 313-234-5131 | **PROBATION ROUTING** Data Entry |

**THE COURT ORDERS:**

[X]  The Issuance of a Warrant to be Lodged as a Detainer.

[ ]  Other

s/Arthur J. Tarnow
United States District Judge

12/16/2020
Date